# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

### No. ACM S32422

————————————

### UNITED STATES
*Appellee*

**v.**

### Bryan L. JORDAN
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 1 March 2017

————————————

*Military Judge:* Brendon K. Tukey.

*Approved sentence:* Bad-conduct discharge, confinement for four months, forfeiture of $1,000.00 pay per month for four months, and reduction to E-1. Sentence adjudged 28 June 2016 by SpCM convened at Ramstein Air Base, Germany.

*For Appellant: Pro se.*[1]

*For Appellee:* None.

Before DREW, J. BROWN, and MINK, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

---

[1] Appellant expressly waived his right under Article 70, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 870, to request that appellate defense counsel represent him.

59(a) and 66(c), Uniform Code of Military Justice (UCMJ), 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court